| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Danielle M. Petrouski** | Social Security number or ITIN | xxx–xx–2236 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter 13 | 3/6/20 |
| Case number: | **20–06426** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Danielle M. Petrouski | |
| 2. | **All other names used in the last 8 years** | aka Danielle M. Quinn | |
| 3. | **Address** | 1901 Cora Street<br>Crest Hill, IL 60403 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 3/9/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 15, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/15/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/15/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/2/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/15/20** at **10:45 AM** , Location: **Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 20-06426-LAH
Danielle M. Petrouski                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: tjernigan              Page 1 of 2             Date Rcvd: Mar 09, 2020
                               Form ID: 309I                Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Danielle M. Petrouski,    1901 Cora Street,    Crest Hill, IL 60403-2532
tr             +Glenn B Stearns,    801 Warrenville Road Suite 650,    Lisle, IL 60532-4350
28705541       +CB/Petland,    Po Box 182120,    Columbus, OH 43218-2120
28705542        CB/Ulta MC,    PO Box 182120,    Columbus, OH 43218-2120
28705546       +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
28705545       +Cbna,   Po Box 6217,    Sioux Falls, SD 57117-6217
28705552       +DuPage Medical Group,    1100 W. 31st St,    Suite 300,    Downers Grove, IL 60515-5512
28705555       +Fnb Omaha,    P.o. Box 3412,    Omaha, NE 68197-0001
28705556        Heartland Cardiovascular Center,    1890 Silver Cross Blvd,    Suite 240,
                 New Lenox, IL 60451-9528
28705561       +Merchants Credit Guide,    223 W Jackson St,    Chicago, IL 60606-6914
28705562       +Meyer Njus Tanick, PA,    Attorneys AT Law,    330 2nd Avenue South, Ste. 350,
                 Minneapolis, MN 55401-2212
28705563       +Mr. Petrouski,    1901 Cora St.,    Crest Hill, IL 60403-2532
28705565        Presence St Joseph Medical Center,    1643 Lewis Ave,    Suite 203,    Billings, MT 59102-4151
28705571       +THD/CBNA,    One Court Square,    Long Island City, NY 11120-0001
28705569       +Target NB,    CCS Gray OPS Center,    PO Box 6497,    Sioux Falls, SD 57117-6497
28705572       +Trust Rec Sv,    833 West Lincoln Hwy,    Schererville, IN 46375-1674
28705575       +Woodridge Clinic SC,    Lilac Park Medical Center,    7530 S Woodward Ave #A,
                 Woodridge, IL 60517-3100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: davidsiegelbk@gmail.com Mar 10 2020 02:22:37       David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Mar 10 2020 02:25:09       Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
28705534       +EDI: GMACFS.COM Mar 10 2020 05:48:00      Ally Financial,    PO Box 380901,
                 Bloomington, MN 55438-0901
28705536        EDI: BANKAMER.COM Mar 10 2020 05:48:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
28705535       +E-mail/Text: bankruptcies@banfield.net Mar 10 2020 02:26:18       Banfield Pet Hospital,
                 Bankruptcy Department,    PO Box 13998,    Portland, OR 97213-0998
28705538       +EDI: CAPITALONE.COM Mar 10 2020 05:48:00       CAP1/Menards,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
28705544        EDI: WFNNB.COM Mar 10 2020 05:48:00       CB/VICSCRT (Victoria Secret),    PO Box 182128,
                 Columbus, OH 43218-2128
28705543        EDI: WFNNB.COM Mar 10 2020 05:48:00       CB/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
28705549        E-mail/Text: bankrupt@choicerecovery.com Mar 10 2020 02:22:49        Choice Recovery,
                 1550 Old Henderson Road,    Columbus, OH 43220
28705548        E-mail/Text: bankrupt@choicerecovery.com Mar 10 2020 02:22:49        Choice Recovery,
                 1550 Old Henderson Road,    Suite 100-S,    Columbus, OH 43220
28705537       +EDI: AIS.COM Mar 10 2020 05:53:00      Cap One,    Bankruptcy Department,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
28705540        EDI: CAPITALONE.COM Mar 10 2020 05:48:00       Capital One Bank USA NA,    PO Box 71083,
                 Charlotte, NC 28272-1083
28705539       +EDI: CAPITALONE.COM Mar 10 2020 05:48:00       Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
28705550       +EDI: CITICORP.COM Mar 10 2020 05:48:00       Citi,   Attn: Bankruptcy Department,
                 701 East 60 Street North,    Sioux Falls, SD 57104-0493
28705551       +EDI: CITICORP.COM Mar 10 2020 05:48:00       Citibank NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
28705553       +E-mail/Text: bankruptcy@edward.org Mar 10 2020 02:26:05        Edward Hospital & Health Services,
                 801 South Washington St.,    Naperville, IL 60540-7499
28705554       +E-mail/Text: bbagley@enerbankusa.com Mar 10 2020 02:24:48        Enerbank Usa,    1245 E Brickyard,
                 Salt Lake City, UT 84106-2559
28705557       +EDI: IIC9.COM Mar 10 2020 05:53:00      I.c. System, Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
28705547        EDI: JPMORGANCHASE Mar 10 2020 05:48:00       Chase Card,    Attn: Correspondence Dept.,
                 PO Box 15298,    Wilmington, DE 19850
28705559        EDI: JPMORGANCHASE Mar 10 2020 05:48:00       JPMCB Card Services,    PO Box 15369,
                 Wilmington, DE 19850
28705558        EDI: JPMORGANCHASE Mar 10 2020 05:48:00       Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850
28705560        E-mail/Text: bncnotices@becket-lee.com Mar 10 2020 02:24:23        Kohl/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
28705564       +EDI: AGFINANCE.COM Mar 10 2020 05:48:00       Onemain,   Po Box 1010,    Evansville, IN 47706-1010
28705567        EDI: RMSC.COM Mar 10 2020 05:48:00      SYNCB/SAM'S CLUB DC,    Bankruptcy Deptartment,
                 PO Box 965060,    Orlando, FL 32896-5060
28705568       +EDI: RMSC.COM Mar 10 2020 05:48:00      SYNCB/Value City Furniture,    PO Box 965036,
                 Orlando, FL 32896-5036
28705566       +EDI: SEARS.COM Mar 10 2020 05:48:00       Sears/CBNA,   P.O. BOX 6282,
                 Sioux Falls, SD 57117-6282
28708402       +EDI: RMSC.COM Mar 10 2020 05:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021

```
District/off: 0752-1         User: tjernigan          Page 2 of 2          Date Rcvd: Mar 09, 2020
                             Form ID: 309I            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
28705570      +EDI: WTRRNBANK.COM Mar 10 2020 05:48:00      Target NB,   Attn:Bankruptcy Dept.,   PO Box 673,
               Minneapolis, MN 55440-0673
28705573      +EDI: USBANKARS.COM Mar 10 2020 05:53:00      Us Bank Home Mortgage,   4801 Frederica St.,
               Owensboro, KY 42301-7441
28705574      +E-mail/Text: bankrupt@choicerecovery.com Mar 10 2020 02:22:49      Woodridge Clinic,
               c/o Choice Recovery Inc.,   1550 Old Henderson Rd., Ste. S,   Columbus, OH 43220-3626
                                                                                             TOTAL: 30

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
```
              David M Siegel    on behalf of Debtor 1 Danielle M. Petrouski davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Glenn B Stearns    stearns_g@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```